IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLENN E. MIXON,

    Plaintiff,

vs.                                              CASE NO. 5:06cv161/RS

MICHAEL J. ASTRUE[1], Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 21), which addresses Defendant's Motion to Remand. Plaintiff does not oppose the Motion to Remand.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Remand (Doc. 19) is granted, and the Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g). Defendant is ordered to direct the Administrative Law Judge to further develop the record and to issue a new hearing. The Administrative Law Judge shall hold supplemental hearing and re-evaluate

---

[1] Michael J. Astrue succeeded Jo Anne B. Barnhart and is presently the Commissioner of Social Security. Therefore, he is automatically substituted as Defendant. *See* Fed. R. Civ. P. 25(d)(1).

       Plaintiff's credibility.  In doing so, the Administrative Law Judge shall discuss all relevant evidence and factors in the case.  The Administrative Law Judge is further directed to discuss the findings and opinions of Plaintiff's treating physicians, including Doctor Robert Joseph.  Based upon his analysis, the Administrative Law Judge should utilize a vocational expert to meet the Commissioner's burden to step five of the sequential evaluation process by posing a proper hypothetical question which clearly sets forth all limitations contained in the vocational expert's functional capacity determination.

4.      The clerk is directed to enter judgment for Plaintiff and close the file.

ORDERED on May 18, 2007.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**